UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
FRANCISCO E. TORRES,

                Plaintiff,

   -against-

SANTUS LLC and IKECHI FRANCIS OKOLIE,

                Defendants.
------------------------------------------------------------------ X

BROOKLYN OFFICE

11-CV-5481 (ARR)(VVP)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

    The court has received the Report and Recommendation on the instant case dated February 28, 2014, from the Honorable Viktor V. Pohorelsky, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

    Therefore, the court grants plaintiff's motion and awards default judgment against defendants, jointly and severally, in the amount of $845,000, representing $495,000 for past pain and suffering and $350,000 for future pain and suffering.

    Counsel for plaintiff shall serve a copy of this order on defendants by first class mail and file proof of such service in the record.

SO ORDERED.

                                                  /s/(ARR)
                                                  Allyne R. Ross
                                                  United States District Judge

Dated:      March 12, 2014
              Brooklyn, New York